**ELECTRONIC RECORD**

1588-14
1589-14

COA # 14-13-00796-CR

STYLE: Luis Roberto Gonzalez v The State of Texas

COA DISPOSITION: Affirmed

DATE: October 30, 2014   Publish: No

OFFENSE: Aggravated Sexual Assault

COUNTY: Harris

TRIAL COURT: 176th District Court

TC CASE #:1344119

**IN THE COURT OF CRIMINAL APPEALS**

STYLE: Luis Roberto Gonzalez v The State of Texas

CCA # _____

_____APPELLANT'S_____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: __02/25/2015__

JUDGE: __Per Curiam__

CCA Disposition: 1588-14; 1589-14

DATE: _____

JUDGE: _____

SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

------------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____